9 A.3d 580

IN THE MATTER OF RACHEL Y. MARSHALL, AN ATTORNEY
AT LAW (ATTORNEY NO. 046601997).

January 5, 2011.

## ORDER

This matter having been duly presented to the Court, it is
ORDERED that **RACHEL Y. MARSHALL,** formerly of **JER-
SEY CITY,** who was admitted to the bar of this State in 1997, and
who was suspended from the practice of law for a period of one
year effective November 3, 2008, by Order of this Court filed
October 3, 2008, be restored to the practice of law, effective
immediately; and it is further

ORDERED that respondent shall not practice law as a sole
practitioner and she shall practice under the supervision of a
practicing attorney approved by the Office of Attorney Ethics for
a period of one year, and until the further Order of the Court; and
it is further

ORDERED that respondent shall pay to the Disciplinary Over-
sight Committee the $750 administrative fee required by *Rule*
1:20–21(d) in three monthly installments of $250 each, commencing
in February 2011.